No. 97–598.  MUEGLER *v.* HARRE ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 97–599.  DOE, BY AND THROUGH HIS PARENTS AND NEXT FRIENDS, DOE ET VIR *v.* BOARD OF EDUCATION OF OAK PARK & RIVER FOREST HIGH SCHOOL DISTRICT 200 ET AL.  C. A. 7th Cir. Certiorari denied.

No. 97–608.  REDNER *v.* CITY OF TAMPA ET AL.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 97–609.  HOWARD *v.* GAUGHAN.  Sup. Ct. Va.  Certiorari denied.

No. 97–616.  BONANNO *v.* DEPARTMENT OF LABOR.  C. A. 2d Cir.  Certiorari denied.

No. 97–624.  CERCEO ET AL. *v.* SHMIDHEISER.  C. A. 4th Cir. Certiorari denied.

No. 97–630.  BLUEPRINT ENGINES, INC. *v.* JADAIR INC. ET AL. Sup. Ct. Wis.  Certiorari denied.

No. 97–665.  SPIEGEL *v.* RABINOVITZ.  C. A. 7th Cir.  Certiorari denied.

No. 97–667.  MILLER *v.* SILVERSTEIN ET AL.  C. A. 2d Cir. Certiorari denied.

No. 97–685.  WAITE *v.* CARPENTER ET AL.  Ct. App. Neb.  Certiorari denied.

No. 97–695.  FARIA *v.* CLARK, TAX ADMINISTRATOR OF RHODE ISLAND.  Dist. Ct. R. I.  Certiorari denied.

No. 97–713.  DONOVAN *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 97–716.  MAYO *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 97–718.  REYNOLDS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 97–724.  MARCELLO ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.